Receipt # 7923
$ 4.93
3/9/11

# PLACE & ARNOLD

ATTORNEYS AT LAW
27 Pleasant Street
Fairport, New York 14450
(585) 425-1060
FAX (585) 223-3252
TTY (585) 425-8851

ROBERT M. PLACE
MICHAEL H. ARNOLD

DEBBIE THESING, Paralegal
MICHELLE M. MAYER, Paralegal

March 7, 2011

Clerk, United States Bankruptcy Court
100 State Street
Rochester, NY 14614

FILED 2011 MAR -9 AM 10:55 U.S. BANKRUPTCY COURT W.D.N.Y. - ROCHESTER

    Re: Stephen A. Fraum
    Chapter 7 Case No. 09-22338
    Request to Deposit Unclaimed Funds into the United States Treasury

To the Clerk of the Court:

    Enclosed please find a Trustee's check in the amount of $ 4.93. I request that the Clerk of Court deposit said funds, in the name of the creditor(s) and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

    \_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds, but have been unsuccessful in locating the claimant(s).

    __X__ The funds represent dividend payment(s) of less than $5.00 to the named creditor(s) and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount | Claims Register No. |
| --- | --- | --- |
| PYOD LLC | 4.93 | 10 |

Very truly yours,

Michael H. Arnold
Chapter 7 Trustee

enc.
MHA/ss